# Order

Michigan Supreme Court
Lansing, Michigan

September 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

Rehearing Nos. 616 & 617

151800(73)(74)
153008

CLAM LAKE TOWNSHIP, and
HARING CHARTER TOWNSHIP,
     Appellants,

v

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS / STATE
BOUNDARY COMMISSION, TERIDEE, LLC,
and CITY OF CADILLAC,
     Appellees.

SC: 151800
COA: 325350
Wexford CC: 2014-025391-AA

_____

TERIDEE, LLC, JOHN F. KOETJE TRUST,
and DELIA KOETJE TRUST,
     Plaintiffs-Appellees,

v

SC: 153008
COA: 324022
Wexford CC: 2013-024803-CH

HARING CHARTER TOWNSHIP and
CLAM LAKE TOWNSHIP,
     Defendants-Appellants.

_____/

     On order of the Court, the motions for rehearing are considered, and they are
DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

_____September 15, 2017_____



Clerk